# Exhibit A

**Exhibit A -- Lodestar Report**
**Outten & Golden LLP**
*Zamora et al v. Lyft, Inc*
July 31, 2018

| Name | Position | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| **Attorneys** | | | | |
| Jahan C. Sagafi | Partner | 219.6 | $850 | $186,660.00 |
| Rachel M. Bien | Partner | 140.0 | $725 | $101,500.00 |
| Rachel M. Bien - CA | Partner | 32.7 | $325 | $10,627.50 |
| Daniel Stromberg | Counsel | 15.2 | $650 | $9,880.00 |
| Nantiya Ruan | Counsel | 23.1 | $650 | $15,015.00 |
| Julia X. Rabinovich | Associate | 75.9 | $425 | $32,257.50 |
| Michael J. Scimone | Associate | 70.9 | $500 | $35,450.00 |
| Barbara S. Saavedra | Contract Attorney | 220.0 | $500 | $110,000.00 |
| Brandon E. James | Contract Attorney | 90.4 | $400 | $36,160.00 |
| Christopher L. McCall | Contract Attorney | 2.3 | $450 | $1,035.00 |
| Jane C. Pardini | Contract Attorney | 3.0 | $400 | $1,200.00 |
| Mira P. Karageorge | Contract Attorney | 6.9 | $280 | $1,932.00 |
| Tara K. Quaglione | Contract Attorney | 3.1 | $425 | $1,317.50 |
| Trina Clayton | Contract Attorney | 2.2 | $500 | $1,100.00 |
| Warren Astbury | Contract Attorney | 274.7 | $425 | $116,747.50 |
| **Subtotal** | | **1180.0** | | **$660,882.00** |
| **Staff** | | | | |
| Andrew Amoranto | Paralegal | 35.4 | $260.00 | $9,204.00 |
| Ashley N. Campbell | Paralegal | 64.4 | $260.00 | $16,744.00 |
| Christine Park | Paralegal | 3.1 | $260.00 | $806.00 |
| Christopher C. Alter | Paralegal | 18.7 | $260.00 | $4,862.00 |
| Danica Li | Staff Attorney | 70.1 | $280.00 | $19,628.00 |
| Lillian Chen | Paralegal | 7.4 | $260.00 | $1,924.00 |
| Mei Xuan | Paralegal | 17.7 | $260.00 | $4,602.00 |
| Michaela Dougherty | Paralegal | 24.3 | $260.00 | $6,318.00 |
| SF Law Clerk | SF Law Clerk | 23.3 | $245.00 | $5,708.50 |
| **Subtotal** | | **2345.0** | | **$69,796.50** |
| **TOTAL** | | **3525.0** | | **$730,678.50** |