# Exhibit B

**Exhibit B - Costs Summary**
**Outten & Golden LLP**
*Zamora et al v. Lyft, Inc.*
**July 31, 2018**

| Category | Amount |
|---|---|
| Computerized Research | $5,012.92 |
| Court Filing Fees | $2,210.14 |
| Court Reporting Transcript Fees | $358.80 |
| Document Management/Hosting | $529.41 |
| FedEx/UPS | $483.93 |
| Meals | $285.52 |
| Mediation Fees | $7,000.00 |
| Messenger | $342.00 |
| PAGA Claim Fee | $75.00 |
| Postage (U.S. Mail) | $25.77 |
| Printing/Copying | $666.50 |
| Process Server Charges | $333.80 |
| Telephone Charges | $125.81 |
| Travel | $823.91 |
| **Total** | **$18,273.51** |